

# Court of Appeals

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 13, 2015

Stan Schwieger
LAW OFFICE OF STAN SCHWIEGER
P.O. Box 975
Waco, TX 76703
* DELIVERED VIA E-MAIL *

Roy Defriend
District & County Attorney
200 W. State St., Suite 110
Groesbeck, TX 76642
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:  07-14-00280-CR, 07-14-00281-CR
Trial Court Case Number: 13,187-A, 13,188-A

**Style:** Teddie Davenport v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Patrick H. Simmons (DELIVERED VIA E-MAIL)
Honorable Administrative Judge (DELIVERED VIA E-MAIL)
Carol Jenkins (DELIVERED VIA E-MAIL)
Teddie Davenport